IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **REGINALD TAYLOR,** | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-586-O-BP |
| | § | |
| **TARRANT COUNTY** | § | |
| **JUDICIAL COURTS,** *et al.*, | § | |
| | § | |
|    Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice.** To the extent Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), Plaintiff is permitted to reassert those claims when the conditions under *Heck* are met.

**SO ORDERED** on this **7th** day of **January, 2025.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**